AO 241 (Rev. 09/17)

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: MAINE |
|---|---|

| Name (under which you were convicted): Aubrey Armstrong | Docket or Case No.: |
|---|---|

| Place of Confinement: Maine State Prison | Prisoner No.: 1616873 |
|---|---|

| Petitioner (include the name under which you were convicted) Aubrey Armstrong | Respondent (authorized person having custody of petitioner) v. Maine Department of Corrections |
|---|---|
| The Attorney General of the State of: | |

**PETITION**

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

Kennebec County Superior Court, 95 State Street, Augusta, ME 04330

Judgement/Verdict: Guilty

(b) Criminal docket or case number (if you know): KENCD-CR-2016-00172

2.   (a) Date of the judgment of conviction (if you know): 5-23-2018

(b) Date of sentencing:

3.   Length of sentence: 30 Years

4.   In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

1) Murder 17-A 201 (1)(A)
2) Felony Murder 17-A 202 (1)
3) Robbery 17-A 651 (1)(c)

6.   (a) What was your plea? (Check one)

☑ (1)   Not guilty            ☐ (3)   Nolo contendere (no contest)

☐ (2)   Guilty               ☐ (4)   Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:  Maine Supreme Judicial Court

(b) Docket or case number (if you know):  KEN-18-306

(c) Result:  Vacatemat and Remanded

(d) Date of result (if you know):  July 23, 2019

(e) Citation to the case (if you know):  212 A.3d 856 2016 ME 117

(f) Grounds raised:  Statemant were excluded that should've been allowed to be presented for forming a defense properly. Double Jeopardy issues, and Illegal Sentencing.

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:  Maine Supreme Judicial Court

(2) Docket or case number (if you know):  KEN-19-413 and KEN-21-317

(3) Result:  Vacated and Remanded For KEN-19-413, Judgemet Affirmed for KEN-21-317

AO 241 (Rev. 09/17)

(4) Date of result (if you know): KEN-19-413; 7/14/2020 and KEN-21-317; 6/7/2022

(5) Citation to the case (if you know): _____

(6) Grounds raised: Double Jeopardy issues, Improper SENtence Ruling/Decision, and Deviation from Supreme Court Ruling/Instructions.

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: Kennebec County Superior Court

(2) Docket or case number (if you know): ~~████████████~~

(3) Date of filing (if you know): 3/28/23

(4) Nature of the proceeding: Post - Conviction Review

(5) Grounds raised: (1) Bias of trial Judge, violating 5th, 6th, 14th Amendments (2) State allowed promises to witnesses in exchange for testimony violating 5th and 14th Amendments (3) Trial Judge held conferences without Petitioner being allowed or privy to conversations violating 5th, 8th, and 14th Amendments.

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: Improperly Denied.

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Kennebec Superior Court

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): May of 2023

(4) Nature of the proceeding: Amended Post-Conviction Review

(5) Grounds raised: Same as Question 11 (a) (5) with also Question 11 (c) (5) added to it.

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Did not receive anything about filing.

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Kennebec Superior Court

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): June 15th, 2023

(4) Nature of the proceeding: Second Amended Post-Conviction Review

(5) Grounds raised: (1) Ineffective Assistance of Counsel: Failure to object to meetings held by Judge and Prosecutors, failure to request of Judge for Bias shown, failure to object to the exclusion of evidence during trial and ruling (2) Failure to address all issues during Appeal Phase: challeng sufficiency of evidence, Prosecutorial Misconduct committing BRADY Violations, (3) Prosecutorial Misconduct: State withholding evidence from Counsel and Petitioner that's exculpatory (4) Counsel failed to conduct proper pre-trial investigation and request all evidence (5) State used evidence not given to Petitioner Violating 5th, 6th, 8th and 14th Amends.

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☑ No

(7) Result: _Improperly Denied_

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1)  First petition:    ☐ Yes    ☐ No

    (2)  Second petition:    ☐ Yes    ☐ No

    (3)  Third petition:    ☑ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_First Petition, Petitioner requested to Amend and sent second Petition and heard nothing back from Courts-So Petitioner did third P.C.R._

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _Ineffective Assistance of counsel - Before, During, and After Trial Phases_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_(1) Counsel Failed to ask for Judges recusal, failed to request Petitioner's complete discovery, failed to object and preserve improper meetings between Judge and Prosecutors, (2) failed to challenge sufficiency of States Evidence, failed to address Prosecutorial Misconduct and BRADY violations_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 09/17)

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:  *Cannot raise I.A.O.C.*
*on Direct Appeal*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: *MAINE*

Type of motion or petition:  *Post-Conviction Review*

Name and location of the court where the motion or petition was filed:  *Kennebec County Court,*
*95 State Street, Augusta, ME 04330*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☐ Yes      ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: *MAINE*

Name and location of the court where the appeal was filed:  *Maine Supreme Court,*
*205 Newbury Street, RM 139, Portland, ME 04101*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*My third P.c-R. filing was denied based on deadline issues*
*out of my control due to being at Liberty of Maine State*
*Prison Staff and mailing procedures – therefore, I*
*appealed the Courts ruling based on timelyness issue.*

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: I asked both Kennebec and

Maine Supreme Court for motions for reconsiderations and

never heard anything back for either court.

**GROUND TWO:**    Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Prosecutor/State failed to advise Petitioner trial

Counsel of it's meetings with trial judge, violating Petitioners

Constitutional rights. Prosecutor failed to disclose all of

Petitioner's discovery to Defense Counsel that is exrulpatory

in nature. Prosecutor's made deals with Petitioner's co-

Defendants in exchange for testimony

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state: Maine

Type of motion or petition:    Post-Conviction Review

Name and location of the court where the motion or petition was filed: Kenneber County Court

95 State street, Augusta, ME 04330

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: _Maine_

Name and location of the court where the appeal was filed:  _Maine Supreme Court_

_205 Newbury Street, Portland, ME 04101_

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_Please See Ground one (d) (7)_

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two :  _Please See Ground one_

_(e)._

_____

_____

**GROUND THREE:**    _Improper Ruling / Denial of Superior Court order denying P.C.R._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_Petitioner has issues with reading and writing (documented) and Court's failed to give Petitioner a lawyer. Petitioner was incarcerated and Prison did not have notary for approximately 2 week's, forcing Petitioner to wait past deadline, even though P.C.R. Form was complete week's prior. (Courts denied due diligence of Pet.)_

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _This issue just occured_
_in Maine Supreme court Appeal from Lower Court's_
_P.C.R. denial._

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☑ No Don't

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No  Know

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Maine Supreme Court -205_
_Newbury Street RM # 139, Portland, ME 04101_

Docket or case number (if you know): _____

Date of the court's decision: _February 11th, 2025_

Result (attach a copy of the court's opinion or order, if available): _Order granting the_
_Certificate of probable cause vacated._

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: Now filing Habeas
Corpus to address all issues from Trial Phase to
now.

**GROUND FOUR:** Improper Ruling of Maine Supreme Court
Vacating order Granting Certificate of Probable Cause

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ☑ Mailbox Rule:
The Supreme Court failed to recognize that the lower court
hadn't acknowledged Petitioner's filed motions and letters
to Amend first and second P.C.R. filings. Lower Courts
denial of Petitioner's third P.C.R. filing was not in good
Faith; failing to acknowledge motions for reconsideration, and
Supreme Court failed to acknowledge Petitioner's Affidavits of
M.S.P Staff explaining Petitioners tardiness, due to No Notary available.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: this issue just occurred
in Maine Supreme Court, Appeal from Lower Court's
P.C.R. denial.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?            ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?       ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☑ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *Maine State Supreme Court*

Name and location of the court where the appeal was filed: *Maine Supreme Court, 205*
*Newbury Street, RM # 139, Portland, ME 04101*

Docket or case number (if you know): _____

Date of the court's decision: *February 11th, 2025*

Result (attach a copy of the court's opinion or order, if available): *See Ground three*
*(d) (6).*

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: *Please see Ground three*
*(e),*

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    Grounds Three and Four-because the
Supreme Court of Maine just caused these issues
to take place by vacating it order of certificate
of Probable Cause

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

See Above (13) (a).

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☑ Yes    ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    Maine Supreme Court, 205 Newbury
St, RM # 139, Portland, ME 04101 - I Sent a letter
for reconsideration but have not hared anything
back in return.

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

(c) At trial:    Brad Grant _____

(d) At sentencing:    Brad Grant _____

(e) On appeal:    Scott Hess: Direct Appeal, Rory McNamara:
Appeal 2, Jeremy Pratt:
(f) In any post-conviction proceeding:    Michelle King

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:    Michelle King

_____

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?    ☐ Yes    ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Regarding the Timeliness of my Post-Conviction
Filings; they were all within the filing deadline,
Completed to the best of my ability (Petitioner is
not versed in Law; has issues with reading and
writing, and has been trying to get the Courts to

AO 241 (Rev. 09/17)

be in understanding of this). As for the Third P.C.R.
Filing; Petitioner has two affidavits from maine
State Prison Employee's that attest to the ~~fack~~ fact
that Petitioner had no way to get Notary to send
P.C.R.#3 in on time (Petitioner did not change
P.C.R. Filing #3 due to a Caseworker had send
it out as soon as it was notarized. Regarding
the Timeliness of this Habeas Corpus filing,
Petitioner was advised by Appeal Attorney
Michelle King that Petitione has 1 year from
February 11th, 2025 to file this Form for Habeas
Corpus (28 U.S.C § 2254) to this Court.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    _Reverse, Remand, or Vacate,_
_Correct or Grant any Relief that Should be afforded to_
_Petitioner_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on    _4/14/2025_    (month, date, year).

Executed (signed) on    _4/14/2025_    (date).

_Aubry Armstrong_
_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____