UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| AUBREY ARMSTRONG | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-00273-LEW |
| | ) | |
| MAINE DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 25, 2025, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 10) on pro se Petitioner's Motion for Writ of Habeas Corpus (ECF No. 1).

The Petitioner filed his Objection to the Recommended Decision on December 22, 2025. (ECF No. 11). I have reviewed and considered the Recommended Decision, together with the Petition, Objection, and the balance of the record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 10) is hereby AFFIRMED and ADOPTED. Petitioner's Petition is dismissed. (ECF No. 1).

The motion for habeas relief under 28 U.S.C. § 2254 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 20th day of January, 2026.

                                                         /s/ Lance E. Walker
                                         **CHIEF U.S. DISTRICT JUDGE**